IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STATE FARM FIRE AND**                                                      **PLAINTIFF**
**CASUALTY COMPANY**

v.                  **CASE NO. 3:13CV00183 BSM**

**ANTHONY LUSTER et al.**                                               **DEFENDANTS**

## ORDER

Plaintiff State Farm Fire and Casualty Company's ("State Farm") unopposed motion for summary judgment [Doc. No. 16] is granted. State Farm's insurance policy provides no liability coverage and no duty to defend defendants in the underlying state court case.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 15th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE