IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STATE FARM FIRE AND**                                                 **PLAINTIFF**
**CASUALTY COMPANY**

**v.**                      **CASE NO. 3:13CV00183 BSM**

**ANTHONY LUSTER et al.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, judgment is entered in favor of plaintiff.

DATED this 15th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE